IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY MITCHELL HESTAND; CAROLYN D. HESTAND; and BERT HESTAND, JR. ) ) ) ) | |
| v. ) | No. 2-13-0047 |
| ) CLAY COUNTY, TENNESSEE; BRANDON BOONE, individually and in his official capacity as Sheriff of Clay County; EMILIO RICARDO "RICK" LISI, JR., individually and in his official capacity as Deputy of Clay County Sheriff's Department; DANIEL MARQUESS, individually and in his official capacity as a Deputy of the Clay County Sheriff's Department; and TERRY SCOTT, individually and in his official capacity as Police Chief of Celina Police Department ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

O R D E R

Pursuant to the order entered February 5, 2014 (Docket Entry No. 27), the parties filed a joint status report on March 12, 2014 (Docket Entry No. 28), indicating, inter alia, that the three day criminal trial for plaintiff Gary Hestand is now scheduled to begin on April 10, 2014.

The parties shall file another joint status report by April 18, 2014, indicating whether the trial has been conducted and completed and, if so, the verdict, and, if the trial has been for any reason rescheduled, the new trial date.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge